G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
DIANNE J. MECONIS (State Bar No. 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:   (510) 740-1501
Email:  erudloff@fgppr.com
           dmeconis@fgppr.com

Attorneys for Defendants IRONSHORE SPECIALTY INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, and CHUBB CUSTOM INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE-MARK INTERNATIONAL, INC., a Delaware Corporation and CORE-MARK HOLDING COMPANY, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation, STARR SURPLUS LINES INSURANCE COMPANY, an Illinois corporation, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, an Arizona corporation, CHUBB CUSTOM INSURANCE COMPANY, a New Jersey corporation, and DOES 1-50, inclusive,<br><br>Defendants.<br>_____/ | Case No.  3:16-CV-01901-JSC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND THE TIME FOR INITIAL DISCLOSURES AND FILING RULE 26(f) REPORT; [PROPOSED] ORDER THEREON** |

-1-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 3:16-cv-01901-JSC**

## REASONS FOR STIPULATION

1. The initial case management conference in the above captioned action ("the Action") currently is set for July 14, 2016.

2. Currently, the deadline for the parties to make their initial disclosures, file their Rule 26(f) report and file their joint case management conference statement is July 7, 2016.

3. The parties have met and conferred regarding ADR and a discovery plan.

4. The parties have agreed to continue their discussions regarding settlement and are filing a Notice of Need for ADR Phone Conference.

5. The parties believe that it would be most economical and efficient if they delay discovery, including initial disclosures, until they have had the opportunity to participate in the ADR process fully.

6. Therefore, the parties desire additional time, before the initial case management conference, to arrange for, and participate in, appropriate ADR.

7. There have been no prior continuances, or requests for continuance, of the initial case management conference or the deadlines for the parties filing their Rule 26(f) report, making their initial disclosures or filing their joint case management conference statement.

## STIPULATION

1. The parties agree that the initial case management conference, currently set for July 14, 2016 at 1:30 p.m., should be continued to September 22, 2016 at 1:30 p.m., or such other date as the Court shall deem appropriate.

2. The date for the parties to file their joint case management conference statement, make their initial disclosures and file their Rule 26(f) report should be continued from July 7, 2016 to September 15, 2016, or such other date as the Court shall deem

//
//
//
//

-2-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER, Case No. 3:16-cv-01901-JSC**

1 | appropriate.

2 | DATED:  June 22, 2016

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: __/s/ Dianne J. Meconis__
     G. Edward Rudloff, Jr.
     Dianne J. Meconis

Attorneys for Defendants IRONSHORE SPECIALTY INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, and CHUBB CUSTOM INSURANCE COMPANY

DATED:  June 22, 2016

**WILSON YOUNG PLC**

By:  /s/ James D. Wilson
James D. Wilson (Admitted Pro Hac Vice)

ADAM F. GAMBEL (Bar No. 95152)
GAMBEL LAW
44 Montgomery St., Suite 4100
San Francisco, CA  94104
(415) 392-3100
agambel@gambellaw.com

Attorneys for Plaintiffs CORE-MARK INTERNATIONAL, INC.
CORE-MARK HOLDING COMPANY, INC.

-3-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 3:16-cv-01901-JSC**

Case 3:16-cv-01901-JSC   Document 13   Filed 06/23/16   Page 4 of 4

# ~~PROPOSED~~ ORDER

Based on the foregoing, and good cause appearing therefore, the stipulation and request of the parties is accepted.

The initial case management conference herein is continued to September ~~22~~ 15, 2016.

The date for the parties to make their initial disclosures, file their Rule 26(f) report and file their joint case management conference statement is continued to September ~~15~~ 8, 2016.

IT IS SO ORDERED.

DATED:   June 23, 2016

_____
UNITED STATES DISTRICT
MAGISTRATE



GRANTED
Judge Jacqueline Scott Corley

-4-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, Case No. 3:16-cv-01901-JSC**