UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CORE-MARK INTERNATIONAL, INC., et al.,

        Plaintiff(s),

v.

IRONSHORE SPECIALTY INSURANCE COMPANY, et al.,

        Defendant(s).

CASE NO. 3:16-CV-01901-JSC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☑ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 15, 2016

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| James D. Wilson | Plaintiffs | (313) 983-1234 | jwilson@wilsonyoungplc.com |
| G. Edward Rudloff, Jr. | Defendants | (510) 740-1500 | erudloff@fgppr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 23, 2016

                                Attorney for Plaintiff

Dated: June 23, 2016

                                Attorney for Defendant

Rev 12.05